UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY BOYKINS | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CV-908-Y |
| | § | |
| TARRANT COUNTY HOSPITAL | § | |
| DISTRICT D/B/A JPS HEALTH | § | |
| NETWORK D/B/A JOHN PETER | § | |
| SMITH HOSPITAL | § | |

## ORDER OF DISMISSAL

On June 22, 2022, the parties filed a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(2) (doc. 14). Therefore, this case is hereby **DISMISSED WITH PREJUDICE** and each party should bear its own costs per the stipulation.

SIGNED June 27, 2022.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

DISMISSAL ORDER – PAGE SOLO