UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY BOYKINS | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CV-908-Y |
| | § | |
| TARRANT COUNTY HOSPITAL | § | |
| DISTRICT D/B/A JPS HEALTH | § | |
| NETWORK D/B/A JOHN PETER | § | |
| SMITH HOSPITAL | § | |

**FINAL JUDGMENT**

In accordance with the order issued on this same day and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendant in this action are hereby **DISMISSED WITH PREJUDICE**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED June 27, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT – PAGE SOLO